ELEANOR S. WERBEL, PLAINTIFF-RESPONDENT, v. BELLE MULLEN, DEFENDANT-APPELLANT.

Argued December 15, 1952—Decided December 22, 1952.

42

*Mr. Paul C. Kemeny* argued the cause for the appellant.

*Mr. Milton Lowenstein* argued the cause for the respondent (*Mr. Sidney K. Werbel,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* filed in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.